

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2020

No. 04-20-00369-CV

**IN THE INTEREST OF L.M.H., ET AL CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01720
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On July 20, 2020, appellant filed a notice of appeal stating her intent to appeal a final decree of termination signed on July 7, 2020. The clerk's record filed on July 20, 2020 does not contain a signed final order terminating appellant's parental rights. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, on August 5, 2020, this court ordered appellant to show cause in writing by August 15, 2020 why this appeal should not be dismissed for lack of jurisdiction.

Appellant filed her response to the show cause order. The Court will not dismiss the appeal at this time but the appellant is ORDERED to show cause in writing no later than September 14, 2020 why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to timely respond, this appeal will be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court